In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK to Acquire Title to Certain Lands Fronting upon Riverside Park in the City of New York.

THE CITY OF NEW YORK, Appellant; STANDARD GAS LIGHT COMPANY et al., Respondents.

*Matter of Riverside Park,* 59 App. Div. 603, affirmed.
(Argued June 7, 1901; decided June 21, 1901.)

APPEAL, by permission, from an order of the Appellate Division of the 'Supreme Court in the first judicial department, made April 19, 1901, which reversed an order of Special Term · confirming the report of commissioners of appraisal in

a proceeding to acquire land for the extension of Riverside Park.

The following are the questions certified :

*First.* In a proceeding to ascertain the compensation which should be paid to the owners or persons interested in real property, the title to which is acquired under chapter 152 of the Laws of 1894, are the owners of such real property entitled, in addition to the value thereof on the date of the passage of said act, to interest upon such value from the date of the passage of the act to the date of the confirmation of the report of the commissioners of appraisal ?

*Second.* In a proceeding to ascertain the compensation which shall be paid to the owners or persons interested in real property, the title to which is acquired under chapter 152 of the Laws of 1894, are the owners of such real property entitled, in addition to the value of said real property on the date of the passage of said act, to the amount of all taxes and assessments levied or imposed upon the property sought to be acquired after the passage of the act, and which shall have been actually paid by said owners ?

*Third.* In such a proceeding specified in the first question, is the city of New York entitled to an offset or deduction from the amount of such interest or taxes so paid of the actual rental received by the owners of the said premises, or the value of the use and occupation thereof from the date of the passage of the act to the date of the report of the commissioners of appraisal ?

*John Whalen, Corporation Counsel (Theodore Connoly* and *Charles D. Olendorf* of counsel), for appellant.

*James A. Deering, Edmund L. Mooney, S. Stanwood Menken, W. Bruce Cobb* and *Edmund Coffin* for respondents.

Order affirmed, with costs, and questions certified answered in the affirmative on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.